those the subject of *Geo. S. Bush & Co., Inc.* v. *United States* (48 Cust. Ct. 689, A.R.D. 140), the court found and held that American selling price, as that value is defined in section 402(g) Tariff Act of 1930, as amended by the Customs Administrative Act of 1938, is the proper basis of value for the merchandise in issue and that said value is $7.50 per 2 dozen cans, less 1½ percent cash discount, less 1/10 percent swell allowance, net packed.

BEFORE CHIEF JUDGE RAO, MARCH 6, 1967

**No. R67/48.**—Kurt Orban Company, Inc. *v.* United States, reappraisements R60/5281 and R60/8675 (Chicago).

In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Company, Inc.* v. *United States* (52 CCPA 20, C.A.D. 851), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the galvanized steel wire in issue and that said value is the invoice unit values, net packed, exclusive of inland freight and f.o.b. charges.

**No. R67/49.**—Kurt Orban Company, Inc. *v.* United States, reappraisement R60/13808 (Houston).

**No. R67/50.**—Kurt Orban Company, Incorporated. *v.* United States, reappraisements R61/4412, etc. (Jacksonville).

**No. R67/51.**—Kurt Orban Co., Inc. *v.* United States, reappraisements R62/14020, etc. (Miami).

In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Company, Inc.* v. *United States* (52 CCPA 20, C.A.D. 851), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the galvanized wire and round steel wire in issue and that said value is the appraised value, less inland freight and f.o.b. charges of $8 per metric ton.

**No. R67/52.**—Kurt Orban Company, Inc. *v.* United States, reappraisement R60/13815 (Houston).

**No. R67/53.**—Kurt Orban Co., Inc. *v.* United States, reappraisement R62/14019 (Miami).

**No. R67/54.**—Kurt Orban Company, Inc. *v.* United States, reappraisements R64/18552 and R64/18553 (Port Everglades).

In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Com-*

*pany, Inc.* v. *United States* (52 CCPA 20, C.A.D. 851), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the galvanized wire and round steel wire in issue and that said value is the appraised value, less inland freight and f.o.b. charges of $11 per metric ton.

**No. R67/55.**—Kurt Orban Company, Inc. *v.* United States, reappraisements R60/14622, etc. (Boston).

**No. R67/56.**—Kurt Orban Company, Inc. *v.* United States, reappraisements R60/17265, etc. (New York).

In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Company* v. *United States* (52 CCPA 20, C.A.D. 851), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the galvanized wire and round steel wire in issue and that said value is the appraised unit values, net packed.

**No. R67/57.**—Kurt Orban Company, Inc., et al. *v.* United States, reappraisements R60/17753, etc. (New York).

In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Company, Inc.* v. *United States* (52 CCPA 20, C.A.D. 851), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the galvanized wire, galvanized soft wire, galvanized steel wire, and galvanized fencing wire in issue and that said value is the invoice unit values, net packed, exclusive of inland freight and f.o.b. charges.

**No. R67/58.**—Kurt Orban Company, Inc. *v.* United States, reappraisement R64/21439 (Port Everglades).

In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Company, Inc.* v. *United States* (52 CCPA 20, C.A.D. 851), the court found and held that export value, as that value is definied in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis of value for the galvanized wire and round steel wire in issue and that said value is the appraised value, less inland freight and f.o.b. charges of $9.75 per metric ton.